UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HERB REED ENTERPRISES, INC., etc., *et al.*, | |
| Plaintiff, | 2:10-cv-1981-JCM-RJJ |
| vs. | |
| JEAN BENNETT, etc., *et al.*, | **ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on May 13, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __25th__ day of January, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge