UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HERB REED ENTERPRISES, INC., etc., *et al*., | )<br>)<br>) |
| Plaintiff, | )    2:10-cv-1981-JCM-RJJ |
| vs. | )<br>) |
| JEAN BENNETT, etc., *et al*., | )    <u>O R D E R</u> |
| Defendant, | )<br>) |

This matter is before the Court on Defendant Jean Bennett's Motion to Extend Time to Retain Counsel (#37).

The court having reviewed the Motion (#37) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing is scheduled for March 30, 2011, at 10:00 AM in LV courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. S. Las Vegas, Nevada.

IT IS FURTHER ORDERED that Defendant, Jean Bennett, must be present in court for this hearing. Defendant is advised that failure to appear in court for this hearing may result in an order to show cause being issued by the Court.

DATED this <u>  17th  </u> day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge