UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HERB REED ENTERPRISES, INC., etc., *et al.*, | )<br>)<br>) |
| Plaintiff, | ) 2:10-cv-1981-JCM-RJJ |
| vs. | )<br>) |
| JEAN BENNETT, etc., *et al.*, | ) O R D E R<br>) |
| Defendant, | )<br>) |

This matter came before the Court for a hearing on March 30, 2011. Good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing by telephone conference call is scheduled for April 13, 2011, at 9:00 AM on Plaintiffs' Motion For Attorneys' Fees and Costs (#33). The parties are directed to call into the court's meet-me-line at (702)868-4906, conference code 123456.

DATED this  31st  day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge