# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Herb Reed Enterprises, Inc. et al

           Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

Bennett et al

Case Number: 2:10-cv-01981-JCM -RJJ

           Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

    IT IS ORDERED AND ADJUDGED

Judgment on Attorney's fees and costs is entered in favor of Plaintiff and against Defendant in the amount of $8,796.00 in attorney fees and $3,489.90 in costs.

May 6, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Summer Rivera

(By) Deputy Clerk