# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HERB REED ENTERPRISES, INC., et al.,

        Plaintiffs,

v.

JEAN BENNETT, et al.,

        Defendants.

2:10-CV-1981 JCM (RJJ)

## ORDER

Presently before the court is plaintiff's motion for attorney's fees. (Doc. #67). Defendant Jean Bennett has not filed an opposition.

Reasonable attorney's fees are based on the "lodestar" calculation set forth in *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983). *See Fischer v. SJB.P.D., Inc.*, 214 F.3d 1115, 1119 (9th Cir. 2000). "The party seeking an award of fees should submit evidence supporting the hours worked." *Hensley*, 461 U.S. at 433.

Plaintiff's motion fails to provide evidence supporting the hours worked and the billable rate for the billing attorneys. This court cannot determine if the fees sought are reasonable based on the "lodestar" calculation. Moreover, by failing to provide evidence supporting the hours worked, plaintiff has failed to comply with the requirements of *Hensley*. *See id.*

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that plaintiff's motion for attorney's fees (doc. #67) be, and the same hereby is, DENIED.

DATED September 26, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -