✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                                    Nevada

Herb Reed Enterprises Inc et al

                  Plaintiffs,

    V.

Jean Bennett et al

              Defendants.

**JUDGMENT IN A CIVIL CASE**

for Attorney Fees

Case Number:  2:10-CV-1981 JCM-RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that Plaintiff's Motion for Attorney's Fees is GRANTED.   Plaintiff's counsel Eric M. Sommers is awarded $72,350.00 for attorney's fees.  Plaintiff's counsel John L. Krieger is awarded $14,481.45 for attorney's fees.

November 14, 2011
_____
Date

/s/ Lance S. Wilson
_____
Clerk

/s/ Eileen Sterba
_____
(By) Deputy Clerk